HACKETTSTOWN NATIONAL BANK, complainant-respondent,

*v.*

P. LOUIS SMITH et al., defendants-appellants,

[Decided April 28th, 1938.]

*Messrs. Freeman & Freeman,* for the appellants.

*Mr. Samuel C. Meyerson* and *Mr. Merritt Lane,* for the respondent.

PER CURIAM.

The provision of the decree appealed from with respect to counsel fees is modified so as to allow solicitor for complainant a fee in the amount that is provided for by rule 147 of the court of chancery in uncontested foreclosure cases. With this modification, the decree is affirmed.

*For reversal*—HEHER, PERSKIE, WOLFSKEIL, JJ. 3.

*For modification*—TRENCHARD, PARKER, CASE, BODINE, DONGES, DEAR, WELLS, RAFFERTY, JJ. 8.